COOLEY LLP
BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
EVA SPITZEN (354081)
(espitzen@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
POSH GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHIL DOCTOR, as an individual and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>POSH GROUP, INC., a Delaware corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>[Removed from the Superior Court of California for the County of Los Angeles, No. 25STCV21463] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1-1, Posh Group, Inc. ("Posh") hereby files its Corporate Disclosure Statement and Notice of Interested Parties. The undersigned, counsel of record for Posh, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Posh is a private Delaware corporation with its principal place of business in New York, New York. Posh does not have a parent corporation, and no publicly held company owns 10% or more of its stock.

Posh is unaware of any other persons, associations of persons, firms, partnerships, and corporations (including parent corporations) other than the parties that may have a pecuniary interest in the outcome of the case, including any insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense.

Dated: August 21, 2025                COOLEY LLP

By: */s/ Beatriz Mejia*
Beatriz Mejia

Attorney for Defendant
POSH GROUP, INC.

323351476