HAINES LAW GROUP, APC
Paul K. Haines (248226)
(phaines@haineslawgroup.com)
2155 Campus Drive, Suite 180
El Segundo, California 90245
Telephone: (424) 292-2350
Facsimile: (424) 292-2355

DAY BRYNE & MCINTOSH
Jack Day (324516)
(jack@dbm.law)
Calvin Bryne (322272)
(calvin@dbm.law)
129 W. Wilson Street, Suite 105
Costa Mesa, CA 92627
Telephone: (949) 650-2827
Facsimile: (949) 722-1137

Attorneys for Plaintiff
RAHIL DOCTOR

*Additional counsel on signature page.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHIL DOCTOR, as an individual and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>POSH GROUP, INC., a Delaware corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07895-WLH-KS<br><br>Hon. Wesley L. Hsu<br><br>**JOINT STIPULATION TO REMAND REMOVED ACTION** |

Plaintiff Rahil Doctor ("Plaintiff") and Defendant Posh Group, Inc. ("Posh") (collectively, the "Parties") respectfully submit the following Stipulation to Remand as follows:

1.     On July 21, 2025, Plaintiff filed this action in the Superior Court of California, County of Los Angeles (the "Superior Court"), Case No. 25STCV21463 (the "Action").

2.     On August 21, 2025, Posh removed the case to this Court (ECF No. 1).

3.     Plaintiff disputes whether Posh's removal of the Class Action under the Class Action Fairness Act of 2005 ("CAFA") was proper and whether the Court has subject matter jurisdiction over the Action.

4.     On October 6, 2025, the Court vacated Posh's responsive pleading deadline pursuant to the Parties' Joint Stipulation regarding settlement on a class-wide basis.

5.     The Parties have since completed two mediation sessions, reached an agreement to settle this matter on a class-wide basis, and memorialized that agreement in a full settlement agreement that they intend to submit for judicial approval.

6.     As part of their settlement agreement, and to preserve this Court's judicial resources, the parties agreed to request that this Court remand this Action to the Superior Court for purposes of seeking preliminary and final approval of the settlement.

7.     IT IS HEREBY STIPULATED AND AGREED THAT the Action be remanded to the Superior Court of the State of California for the County of Los Angeles, where the Action was first filed, and that all deadlines in this Court be vacated, and that the parties agree to bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Class Action.

**IT IS SO STIPULATED.**

JOINT STIPULATION TO REMAND
REMOVED ACTION
2:25-CV-07895-WLH-KS

Dated: December 19, 2025    HAINES LAW GROUP, APC
DAY BRYNE & MCINTOSH


By: */s/ Jack Day*
Jack Day

Attorneys for Plaintiff


Dated: December 19, 2025    COOLEY LLP


By: */s/ Beatriz Mejia*
Beatriz Mejia

BEATRIZ MEJIA (190948)
(mejiab@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
EVA SPITZEN (354081)
(espitzen@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
POSH GROUP, INC.


Attorneys for Defendant

**JOINT STIPULATION TO REMAND
REMOVED ACTION
2:25-CV-07895-WLH-KS**

## ATTESTATION PURSUANT TO L.R. 5-4.3.4(c)

Pursuant to Local Rule 5-4.3.4(c), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

Dated: December 19, 2025

By:    /s/ *Jack Day*
       Jack Day

**JOINT STIPULATION TO REMAND REMOVED ACTION**
**2:25-CV-07895-WLH-KS**