UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHIL DOCTOR, as an individual and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>POSH GROUP, INC., a Delaware corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07895-WLH-KS<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION [19]** |

The Court, having considered the Parties' Stipulation to Remand (the "Stipulation") (Dkt. No. 19), and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The Stipulation is approved and the stipulated request for remand is granted.

2. Central District of California Case No. 2:25-cv-07895-WLH-KS is hereby **REMANDED** to the Superior Court of the State of California, County of Los Angeles.

**IT IS SO ORDERED.**

DATED:  December 23, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1